# Exhibit 1

**District 1**

# Case Summary

**Case No. 2025L007949**

| | |
|---|---|
| **Jerica Stoudemire -vs- CORELLE BRANDS ACQUISITION HOLDINGS f/k/a INSTANT BRANDS ACQUISITION HOLDINGS f/k/a CORELLE BRANDS LLC f/k/a INSTANT BRANDS, INC. f/k/a DOUBLE INSIGHT INC., d/b/a INSTANT POT COMPANY,MIDEA AMERICA CORPORATION,FOSHAN SHUNDE MIDEA ELECTRICAL HEATING APPLIANCES MANUFACTURING CO., LTD.,GUANGDONG MIDEA CONSUMER ELECTRIC MANUFACTURING COMPANY, LTD.,ZHEJIANG TIANXI KITCHEN APPLIANCE CO., LTD.,MIDEA ELECTRIC TRADING 2 (SINGAPORE) CO. PTE, LTD.** § § § § § | Location: **District 1** <br> Judicial Officer: **Calendar, F** <br> Filed on: **06/23/2025** <br> Cook County Attorney Number: **56079** |

---

## Case Information

Case Type: Product Liabilty - Jury
Case Status: **06/23/2025   Pending**
Case Flags: **Case on Bankruptcy Calendar**

## Assignment Information

**Current Case Assignment**
Case Number    2025L007949
Court          District 1
Date Assigned  06/23/2025
Judicial Officer  Calendar, F

---

## Party Information

| | | *Lead Attorneys* |
|---|---|---|
| **Plaintiff** | **Stoudemire, Jerica** | **Cesarone, Frank Vincent** *Retained* 803-447-7178(W) 26E ROLLING OAKS RD SUGAR GROVE, IL 60554 |

**Defendant**   **CORELLE BRANDS ACQUISITION HOLDINGS f/k/a INSTANT BRANDS ACQUISITION HOLDINGS f/k/a CORELLE BRANDS LLC f/k/a INSTANT BRANDS, INC. f/k/a DOUBLE INSIGHT INC., d/b/a INSTANT POT COMPANY**

**FOSHAN SHUNDE MIDEA ELECTRICAL HEATING APPLIANCES MANUFACTURING CO., LTD.**

**GUANGDONG MIDEA CONSUMER ELECTRIC ) MANUFACTURING COMPANY, LTD.**

**MIDEA AMERICA CORPORATION**

**MIDEA ELECTRIC TRADING 2 (SINGAPORE) CO. PTE, LTD.**

**ZHEJIANG TIANXI KITCHEN APPLIANCE CO., LTD.**

Printed on 03/26/2026 at 7:55 AM

District 1

## Case Summary

### Case No. 2025L007949

---

Events and Orders of the Court

---

08/25/2025     📄
Summons Served - Corporation/Company/Business
    Party:   Plaintiff Stoudemire, Jerica

08/20/2025     📄
*CANCELED* **First Time Case Management**   (9:30 AM)   (Judicial Officer: Johnson, Moira S.)
    Resource: Location L2201 Court Room 2201
    Resource: Location D1 Richard J Daley Center
    *Order of Court*

08/08/2025     📄
Summons Issued And Returnable
    *Summons to Corelle Brands*
    Party:   Plaintiff Stoudemire, Jerica
    *Summons to Corelle Brands*

08/08/2025     📄
Summons Issued And Returnable
    *Summons to Midea America*
    Party:   Plaintiff Stoudemire, Jerica
    *Summons to Midea America*

07/24/2025     📄
Place On Bankruptcy Calendar - Allowed -     (Judicial Officer: Lyons, Thomas V., II)
    Party:   Plaintiff Stoudemire, Jerica

07/24/2025     📄
Strike From Case Management Call - Allowed     (Judicial Officer: Lyons, Thomas V., II)
    Party:   Plaintiff Stoudemire, Jerica

07/17/2025     📄
Electronic Notice Sent
    Party:   Plaintiff Stoudemire, Jerica
    Party 2:   Attorney Cesarone, Frank Vincent

07/17/2025     📄
Electronic Notice Sent
    Party:   Plaintiff Stoudemire, Jerica
    Party 2:   Attorney Cesarone, Frank Vincent

07/07/2025     📄
Notice Filed
    *Plaintiff's Notice of Stay (Stoudemire)*
    Party:   Plaintiff Stoudemire, Jerica
    *Plaintiff's Notice of Stay (Stoudemire)*

06/23/2025     New Case Filing

06/23/2025    
Personal Injury (Product Liability) Complaint Filed (Jury Demand)
    *Complaint and Jury Demand*
    Party:   Plaintiff Stoudemire, Jerica
    Party 2:   Attorney Cesarone, Frank Vincent
    *Complaint and Jury Demand*

06/23/2025     📄
Exhibits Filed
    *Civil Cover Sheet*
    Party:   Plaintiff Stoudemire, Jerica
    Party 2:   Attorney Cesarone, Frank Vincent
    *Civil Cover Sheet*